IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **NICHOLAS RUSK,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:25-CV-2200-L-BW** |
| § | |
| **FNU LNU,** § | |
| § | |
| Defendant. § | |

# **ORDER**

On August 19, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 4) was entered, recommending that the court dismiss without prejudice this action as barred by the three-strikes provision of pursuant to 28 U.S.C. § 1915(g), unless Plaintiff pays the full filing fee within the time for filing objections to the Report. Plaintiff has yet to pay the filing fee, and he has not sought an extension to do so. Further, Plaintiff did not file a response or objections to the Report, and the 14-day deadline for objecting has expired.

Having carefully reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to 28 U.S.C. § 1915(g). Plaintiff will not be allowed to pursue the claims asserted in this action unless he first pays the $400 filing fee.

The court prospectively **certifies** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **accepts and incorporates by reference** the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the Report, the court finds that any appeal of this action would

Order – Page 1

present no legal point of arguable merit and would, therefore, be frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Plaintiff, however, may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, United States Court of Appeals for the Fifth Circuit, within 30 days of this order.

Because Plaintiff has accumulated three strikes, he cannot file any new lawsuit or appeal without first prepaying the filing fee, unless he can show that he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Plaintiff has not made the required showing of imminent danger of a serious physical injury in this case. Therefore, he cannot take advantage of the initial partial payment provision of Section 1915. Accordingly, if Plaintiff appeals, he must pay the appellate fee in full. As explained, however, Plaintiff may challenge this determination by filing a separate motion to proceed *in forma pauperis* on appeal, with the Fifth Circuit, within 30 days of this order.

**It is so ordered** this 25th day of November, 2025.

Sam A. Lindsay
United States District Judge